IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JELANI BARR                                                                                          PLAINTIFF

VS.                                                         CIVIL ACTION NO.: 4:17-CV-00089-SA-JMV

PERRY L. HINES                                                                                     DEFENDANT

AGREED ORDER OF DISMISSAL

THE PARTIES have agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court is desirous that this matter be finally closed on the docket.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties, with the parties to bear their own costs. Pursuant to the agreement of the parties, the Court will retain jurisdiction over this lawsuit for the purpose of enforcing the settlement agreement.

SO ORDERED AND ADJUDGED this the 24th day of October 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT COURT JUDGE